1

2

3

4

5

6

David Hilton Wise, Esq.
Nevada Bar No. 11014
WISE LAW FIRM, PLC
421 Court Street
Reno, Nevada, 89501
(775) 329-1766
(703) 934-6377
dwise@wiselaw.pro
*Attorneys for Plaintiff*

7

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

11

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>        Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT TO FILE REPLIES**<br><br>**(First Request)** |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>        Defendant. | Case No.: 2:21-cv-01780-RFB-EJY |

23

24

25

26

27

28

        Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs, Sara Sanguinetti and Raymond D. Speight

("Plaintiffs") and Defendant Nevada Restaurant Services, Inc. ("Defendant"), by and through their

respective counsel of record, hereby stipulate, agree and respectfully request that the Court extend the

deadline for the Plaintiffs to file their opposition briefs to Defendant's Motion to Dismiss from November

1  9, 2021 to November 30, 2021, and extend the deadline for the Defendant to file its reply briefs from

2  November 16, 2021 to December 21, 2021.  Counsel for Plaintiffs respectfully request time in light of

3  their current schedule and the complexity of the matter.  The Defendant does not object to Plaintiffs'

4  request for additional time and the Plaintiffs do not oppose additional time for the reply briefs.   The

5  Request is not for purposes of delay.  This is the first request by the Parties.

6  Dated November 2, 2021

7  WISE LAW FIRM

8  */s/ David Hilton Wise*
   David Hilton Wise, Esq.
   Joseph M. Langone, Esq.*
9  421 Court Street
   Reno, Nevada 89501

10
    Gary M. Klinger, Esq.*
11  **MASON LIETZ & KLINGER LLP**
    227 W. Monroe Street, Suite 2100
12  Chicago, IL 60630 M. Anderson Berry, Esq.*
    Gregory Haroutunian, Esq.*
13  CLAYEO C. ARNOLD,
    A PROFESSIONAL LAW CORP.
    865 Howe Avenue
14  Sacramento, CA 95825

15  Gary E. Mason, Esq.*
    David K. Lietz, Esq.*
    MASON LIETZ & KLINGER LLP
16  5301 Wisconsin Avenue, NW Suite 305
    Washington, DC 20016

17
    *Attorneys for Plaintiff Raymond D. Speight*
18  *pro hac vice*

19
    # IT IS SO ORDERED:
20

21

22  _____

    RICHARD F. BOULWARE, II
23  United States District Judge
     DATED this 4th day of November, 2021.
24

25

Dated November 2, 2021

FREEDOM LAW FIRM, LLC

*/s/ George Haines*
George Haines, Esq. (#9411)
Gerardo Avalos, Esq. (#15171)
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123

-and-

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Sara Sanguinetti*

Dated November 2, 2021

KEMP JONES, LLP

*/s/ Mona Kaveh*
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.*

STIPULATION FOR EXTENDING TIME
*Speight v. Nevada Restaurant Services*

1

2          IT IS SO ORDERED.

3          _____

4          UNITED STATES DISTRICT JUDGE

5          Dated: _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-3-

STIPULATION FOR EXTENDING TIME
*Speight v. Nevada Restaurant Services*